# EXHIBIT E



## US ENERGY RESOURCES | MOTOR OIL

**3-WAY PROTECTION**
HELPS CONTROL:
- WEAR
- DEPOSITS
- EMISSIONS

### Delivers value through:
- Meets API Service SM, SL, CI-4 PLUS.
- Excellent varnish, sludge and carbon deposit control.
- Low valve train, ring and liner wear.
- Protects against bearing and bushing corrosion.
- Excellent oxidation control to minimize oil thickening.
- Good high temperature stability.
- Controls oil thickening provides good filterability with newer higher soot producing engine control emissions.
- Resists viscosity loss due to shear.
- Low ash to minimize deposits.

### Applications:
- For heavy duty engines
- Also recommended for older engines calling for API Service CF.
- Prime recommendation for mixed fleets.

Warning: May cause skin irritation and is an extreme eye irritant. Wash thoroughly for any skin contact, flush eyes and seek immediate attention.

**Manufactured By:**
U.S. Energy Resources, LLC
www.usenergyresources.net

**Distributed By:**

**Manufactured for:**

SAVES FUEL • HIGH QUALITY — SM