# EXHIBIT L

**EXHIBIT L**

**CSI** CONTAINER SPECIALTIES, INC.
1950 N. Mannheim Rd. Melrose Park, Illinois 60160
(708) 615-1400 • (800) 548-7513 • Fax (708) 615-0381
www.midwestcan.com

<u>WIRE TRANSFER INFORMATION:</u>

CONTAINER SPECIALTIES INC.
1950 N MANNHEIM RD.
MELROSE PARK, IL  60160
708-615-1400
708-615-0381 (FAX)

ROUTING# ▓▓▓▓5046
ACCOUNT# ▓▓▓▓▓▓

AMERICAN CHARTERED BANK
9561 W. 171ST STREET
TINLEY PARK, IL  60487

QUESTIONS CALL:  STACIE HEYER
                 708-403-6324
                 708-403-6320 (FAX)

JASON placed the ORDER

4 QT Black Bottles

## STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor)
If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
only in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The Signature here acknowledges only the amount prepaid.)

Charges Advanced: _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

FROM

**CONTAINER SPECIALTIES,**
**1950 N.MANNHEIM ROAD**
**MELROSE PARK, IL 60160**

2-11-11

21111-LP

**LIQUID INNOVATIONS**
**4033 BUTTERNUT STREET**
**EAST CHICAGO, IN**

CPU

47 X 216 =10,152 1 GAL BLACK "F" STYLE BOTTLES IN 6 X 1 CARTONS

7 x 264 = 1848 1 GALLON BLACK BOTTLES W/ BOXES AND DIVIDERS

Total of 12,000 bottles @ $567.78/M

Total due:   $ 6813.36

FILLED BY: _____

DATE: _____

SIGNATURE: _____

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per _____

Shipper, Per _____

☞ Agent must detach and retain this shipping
Order and must sign the Original Bill of Lading.

# CHASE ◆

Chase.com | Contact Us | Privacy Notice | **LOG OFF**

Wednesday, March 09, 2011

Payments & Transfers > Wire Activity > Wire Detail

## Wire Detail

**Review this request** — Read and confirm the details for this wire request. Click "Wire Activity" to go back on the Activity page.

❖ Help with this page

**I'd like to...**
▶ Add a recipient
▶ See wire activity
▶ See/Update recipients
▶ See more choices

**Wire Details**

**Account Details**

| | |
|---|---|
| Wire to | 4 Liter Bottles(...8777) |
| Wire from | BUSINESS CLASSIC (...3448) |

**Wire Details**

| | |
|---|---|
| Wire amount | 6813.36 U.S. Dollars (USD) |
| Scheduled On ❓ | 02/22/2011 at 09:18 AM ET |
| Wire date | 02/22/2011 |
| Message to recipient ❓ | Payment for U.S. Energy Resources LLC 4 Liter Bottles With Boxes and Dividers |
| Message to recipient bank | Please call Stacie Heyer upon receipt of this message |
| Memo ❓ | Payment for Invoice Number 21111-LP |
| Transaction number | 2008548125 |
| Fed reference number | 0222B1QGC08C003315 |

**Status**   Completed

**Submitted by**   Administrator on 2/22/2011 9:18:36 AM

**Last modified by**   Not Available on 2/22/2011 10:22:41 AM

**Approved by**   Not Available

Wire Activity

Security | Terms of Use | Legal Agreements and Disclosures

© 2011 JPMorgan Chase & Co.