# EXHIBIT N

**EXHIBIT N**

# First Pass Shipping Notice

ORIGINAL- NOT NEGOTIABLE

From **ExxonMobil Oil Corporation**

Sold to: 1016812

| Date | Customer No. | SCAC No. | Carrier | | Shipping Origin | | Trailer Container No. | |
|---|---|---|---|---|---|---|---|---|
| 2/23/2011 | 2056764 | WCL1 | FOR "WILL CALL" CUSTOMERS | | PAULSBORO LUBE PLANT | | 20093 | |
| MOT | Route | Order No. | Purchase Order | | Release | F.O.B. | Freight | Pro No. |
| W | | 230453630 | HOB48625 | | | F.O.B. | COLLECT | |

IF PREPAID, RENDER FREIGHT BILL IN DUPLICATE TO PERMANENT POST OFFICE

S H L P T O: HALON OIL BROKERS
PICK UP PAULSBORO NJ
PAULSBORO NJ 08066

| Material | Quantity | Weight | UOM | Bin/Bay | Old Matl/Description |
|---|---|---|---|---|---|
| 98G052 | 5,992 | 48,750 | NG | 0400 | 886408-1  5w20 Motor Oil |

PICK UP 2/23/2011 @ 1PM-- CARRIER: SCHNEIDER
QTY: 5992 NG OR 1 MAX. LEGAL LOAD
UCP LUBE OIL TANK 400
***This Shipment Contains Oil ***

Seal #8270

The carrier named hereon, by signing this bill of lading acknowledges receipt from ExxonMobil Oil Corporation the property described hereon, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated hereon, which said carrier (the word carrier being understood throughout this bill of lading as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform...

This bill of lading document is null and of lesser constitutes a contract of carriage. It's terms conditions or statement, this bill of lading is subject to the contract in effect between carrier and ExxonMobil's third party logistics provider. In freight collect shipment, this bill of lading is a receipt of goods only and a carrier shall have no change for such freight collect shipments.

If split respects. The carrier certifies that the cargo item supplied for this shipment is a proper container for the transportation of this commodity as described by the shipper.

The filter boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform and National Motor Freight Classification.

| Drum Pail Case Other | FOR HELP IN EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE CALL TOLL FREE (800) 424-9300 DAY OR NIGHT. | RECEIVED ABOVE PRODUCTS AND QUANTITIES |
|---|---|---|
| Total Ship Weight 48,750 LB | | |
| | Shipper Per | Carrier Per |

☐ COA provided to carrier
☐ Quart sample provided to carrier

ExxonMobil Oil Corporation

THIS SHIPPING ORDER must be legibly filled in, in ink, or indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. 42876/
Carrier's No. _____

Carrier's Name: Shortly Tank Lines
at Carl Strain, IL (Date) 2/23/11 FROM Haven Oil Brokers

Consigned TO Siler Bends
Destination Lab #1 Plant #1 Street _____ City Kingsbury State Indiana Zip 46345
Route _____ County Laporte
Delivery Carrier 219-455-3904
Collect on Delivery $ _____ And Remit to _____
Street US Energy Matterial City _____ State _____
Car or Vehicle Initials and No. _____

C.O.D. Charges to be
Paid by
☐ Shipper ☐ Consignee

786/8710

| No. Packages | Kind | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 6250 gal | | Fuel 20 Motor Oil | | | |
| * | | Driver needs 40' - 2 inch f. pump | | | |
| | | Approx weight | 48,000 lbs. | | |

Tristan Wooluh
Twin Oil Brokers
Shipper Per _____

X JB

2